ASHLEY BAHENA, on behalf of herself and all others similarly situated,

    Plaintiffs,

    v.

Gloria Jean's Gourmet Coffees Corp.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**United States District Court
Northern District of Illinois**

Case No.: 1:25-cv-10345

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: December 15, 2025

*/s/ David B. Reyes*

David B. Reyes, Esq.

EQUAL ACCESS LAW GROUP, PLLC

68-29 Main Street

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law

*Attorney for Plaintiff*

*/s/ Dan Tudor Danet*

Dan Tudor Danet

The Karlin Law Firm LLP

13522 Newport Avenue Ste Tustin 201

Ca, CA 92780

Tel: (714) 731-3283

Email: dan@karlinlaw.com

*Attorney for Defendant*